UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MICHAEL ANDREWS,<br><br>            Petitioner,<br>    v.<br>PATRICK COVELLO, Warden,<br>            Respondent. | Case No. 2:24-cv-00984-WDK-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Doc. No. 1), the Motion to Dismiss the Petition (Doc. No. 17), the records on file, and the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19). Petitioner filed a response to the Report in which he stated he has no objections to the Report (Doc. No. 21). The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that respondent's Motion to Dismiss is granted, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: July 17, 2025

                                              HONORABLE WILLIAM D. KELLER
                                              UNITED STATES DISTRICT JUDGE