# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSEPH MICHAEL ANDREWS,

      Petitioner,

v.

PATRICK COVELLO, Warden,

      Respondent.

Case No. 2:24-cv-00984-WDK-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: __July 15, 2025__

_____
HONORABLE WILLIAM D. KELLER
UNITED STATES DISTRICT JUDGE